ORDERED.

Dated:  January 16, 2018

Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MARK STEVEN WATSON,                                  Case No. 6:18-bk-00165-ABB
                                                     Chapter 13
    Debtor.
_____/

**ORDER DISMISSING CASE WITH TWO (2) YEAR INJUNCTION
AND PROSPECTIVE RELIEF AGAINST DEBTOR'S REAL PROPERTY**

This matter came before the Court *sua sponte* to dismiss Debtor's case, prohibit Debtor from further filing with the Court for a period of two years, and provide prospective relief as to Debtor's real property located at 11223 Rapallo Ln, Windermere, FL 34786 (the "Property").

Debtor filed the instant case on January 11, 2018.  This is the Debtor's third case commenced within a one-year period.  Debtor's previously filed cases were dismissed for failure to file required information:

    17-2362-ABB, Chapter 13 filed 4/11/2017, Dismissed 5/1/2017 (failure to file schedules)

    17-5463-ABB, Chapter 13 filed 8/17/2017, Dismissed 9/6/2017 (failure to file schedules)

Section 1307(c) of the Bankruptcy Code provides that a court may dismiss a Chapter 13 case "for cause." The number of times a debtor seeks protection under the bankruptcy laws may implicate a debtor's bad faith in filing a chapter 13 petition and constitute "cause" for dismissal.

*In re Farber*, 355 B.R. 362, 367 (Bankr. S.D. Fla. 2006) (citing *In re Kitchens,* 702 F.2d 885, 886 (11th Cir.1983)). The Debtor's multiple bankruptcy filings, coupled with involuntary dismissals, is cause to dismiss this case with prejudice. *See In re Gros,* 173 B.R. 774, 777 (Bankr. M.D. Fla. 1994).

Accordingly it is,

**ORDERED, ADJUDGED and DECREED** that the Debtor's case is hereby **DISMISSED** with prejudice; and it is further

**ORDERED, ADJUDGED and DECREED** that the Debtor is enjoined from further filing with the Court for two (2) years from the date of this Order; and it is further

**ORDERED, ADJUDGED and DECREED** that the automatic stay as provided under 11 U.S.C. § 362 shall not apply to the real property located at 11223 Rapallo Ln, Windermere, FL 34786 (the "Property") to the extent that the above Debtor or any other party with an interest in the Property files any Bankruptcy Case in any Bankruptcy Court during the injunction period stated above.

The Clerk is directed to serve a copy of this order on interested parties who are non-CM/ECF users.